**Order entered February 5, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01145-CV

### YYP GROUP, LTD. AND GEORGE KIMELDORF, Appellants

### V.

### AARON C. MCKNIGHT, Appellee

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-19-02682-B**

## ORDER

We **REINSTATE** this appeal.

On January 31, 2020, we abated this accelerated appeal and ordered the trial court to conduct a hearing to determine why the reporter's record had not been filed. We further ordered the court reporter, LaToya Young-Martinez, to not sit until the record had been filed. The record has now been filed. Accordingly, we **VACATE** our January 31st order. As the clerk's record has been filed, we **ORDER** appellants to file their opening brief no later than February 25, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Melissa Bellan, Presiding Judge of Dallas County Court at Law No. 2; Dallas County Clerk John F. Warren; Robin Washington, Official Court Reporter for County Court at Law No. 2; Ms. Young-Martinez; the Dallas County Auditor; and, the parties.

/s/    BILL WHITEHILL
        JUSTICE